ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| CLARK SEEGMILLER,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTAL AUTOMOBILE INSURANCE COMPANY; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-1341-KJD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff CLARK SEEGMILLER ("Plaintiff"), by and through his counsel, TITOLO LAW OFFICE, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each

…

…

…

…

…

4845-7616-1988.1

1  party to bear their own attorney's fees and costs.

2  DATED this 7 day of AUG, 2020.          DATED this 19th day of August, 2020.

3  TITOLO LAW OFFICE                        LEWIS BRISBOIS BISGAARD SMITH LLP

4  /s/                                      /s/ Cheryl A. Grames
5  TIMOTHY R. TITOLO                        ROBERT W. FREEMAN
   Nevada Bar No. 3617                      Nevada Bar No. 03062
6  9950 W. Cheyenne Avenue                  CHERYL A. GRAMES
   Las Vegas, Nevada 89129                  Nevada Bar No. 12752
7  *Attorneys for Plaintiff*                6385 S. Rainbow Boulevard, Suite 600
                                            Las Vegas, Nevada 89118
8                                           *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED:**

Dated this 28th day of August, 2020.

_____
**UNITED STATES DISTRICT COURT JUDGE**